**United States District Court**
**Southern District of New York**

---

| | |
|---|---|
| LABARBERA, ET AL. | ) |
| | ) **Index No.: 07 CIV 10998** |
| | ) |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| FEDERATED MECHANICAL CONTRACTING CORP. | ) |
| | ) |
| | ) |
| Defendant | ) |

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, MARVIN COHEN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on DECEMBER 28, 2007 at 2:10 PM at 1177 GRINNELL PLACE, BRONX, NY 10474, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, JUDGES RULES on FEDERATED MECHANICAL CONTRACTING CORP. therein named.

**CORPORATION/BUSINESS:** by delivering thereat a true copy of each to MARIANA COLON personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Brown    Hair: Black    Glasses: Yes    Approx. Age: 40    Height: 5'2"    Weight: 110

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Federated Mechanical Contracting Corp.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Marvin Cohen, Lic. #0867318
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 1/4/08

Subscribed and sworn to before me, a notary public, on this ____ day of January, 2008.

Notary Public

My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009