UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GARY LA BARBERA, THOMAS GESUALDI,
LOUIS BISIGNANO, ANTHONY PIROZZI,
FRANK FINKEL, JOSEPH FERRARA,
MARC HERBST, and THOMAS PIALI,
as Trustees and Fiduciaries of the
Local 282 Welfare, Pension, Annuity and
Job Training Trust Funds,

       Plaintiffs,   07-CV-10998 (WHP) (GWG)

  -against -

FEDERATED MECHANICAL
CONTRACTING CORP.,
       Defendant.
------------------------------------------------------------------X

  I, AMIE RAVITZ HOGAN, an attorney duly admitted to practice in the courts of the State of New York and in the federal district courts of the Southern and Eastern Districts of the State of New York, do hereby certify, under penalty of perjury, that I notified the Defendant Federated Mechanical Contracting Corp. of the Scheduling and Initial Conference scheduled to take place on March 7, 2008, at 11:45 AM by letter dated February 27, 2008 and sent via first class mail and certified mail, return receipt requested to the following:

      Bruce Kelley
    Federated Mechanical Contracting Corp.
      P.O. Box 740080
      Bronx, N.Y. 10474

Dated: New York, New York
   February 28, 2008

          FRIEDMAN & WOLF
       By: _____/S/_____
          Amie Ravitz Hogan (AR-5095)
          1500 Broadway, Suite 2300
          New York, New York 10036
          (212) 354-4500
          Attorneys for Plaintiffs