

**FRIEDMAN & WOLF**
ATTORNEYS AT LAW
1500 BROADWAY
NEW YORK, NEW YORK 10036
(212) 354 4500



EUGENE S. FRIEDMAN
WILLIAM K. WOLF
MICHAEL BAUMAN
WILLIAM ANSPACH

ABIGAIL R. LEVY
NATHAN V. BISHOP
AMIE RAVITZ HOGAN
ERINN WEEKS WALDNER
ELISE S. FELDMAN
JAE W. CHUN
ANUSHA RASALINGAM

Fax: (212) 719-9072
www.friedmanwolf.com

March 5, 2008

BY FAX (212) 805-6390

The Honorable William H. Pauley, III
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   La Barbera, et al. v. Federated Mechanical
      Contracting Corp. 07-CV-10998 (WHP)

Dear Judge Pauley:

This office is counsel to the Trustees of the Local 282 Benefit Funds, Plaintiffs in the referenced matter. <u>An Initial Conference is scheduled to take place on March 7, 2008, at 11:45 AM. We write to request a brief adjournment of the conference.</u>

Defendants are in default in this case, having been served with the summons and complaint on December 28, 2007. On February 28, 2008, I sent a letter advising the Defendant of the initial conference, and duly filed an Affidavit of Service with the Court. Unfortunately, it now appears that a copy of the Court's Notice of the Initial Conference was omitted from the mailing.

Additionally, in January, a principal of the Defendant, Bruce Kelley, indicated his willingness to provide books and records for audit to the Trustees' auditors as sought in the complaint herein. Unfortunately, the Trustees' auditors have been unable to schedule an audit since that time.

Accordingly, Plaintiffs respectfully request that the initial conference be adjourned to allow Plaintiffs to serve a copy of the Court's Notice of the Initial Conference on

Author: ARH   Doc Number:79786

FRIEDMAN & WOLF

The Hon. William H. Pauley, III
March 5, 2008
Page 2

the Defendant and to allow the Defendant time to comply with the Trustees demand for an audit. We are available any time on Friday March 21 or 28, 2008, as well as any time on Friday, April 4, 2008. I am unable to reach the Defendant in order to obtain consent for this adjournment.

In the event that the Defendant has not complied with the Trustees' demand for an audit or otherwise responded to the complaint prior to the initial conference, Plaintiffs will request leave to move for a Judgment by Default against the Defendant at that time.

Thank you for your consideration. Please contact the undersigned should you require any additional information.

Respectfully submitted,

Amie Ravitz Hogan (AR-5095)

cc:   Federated Mechanical Contracting Corp. (by overnight mail)

Application Granted. The initial pre-trial conference is adjourned to April 1, 2008

SO ORDERED: at 11:45 a.m.

WILLIAM H. PAULEY III U.S.D.J.

Author: ARH   Doc Number: 79786