UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY LA BARBERA, THOMAS GESUALDI,    *
LOUIS BISIGNANO, ANTHONY PIROZZI,    *
FRANK FINKEL, JOSEPH FERRARA,    *
MARC HERBST, and THOMAS PIALI,    *
as Trustees and Fiduciaries of the    *
Local 282 Welfare, Pension, Annuity and    *
Job Training Trust Funds,    *
                  Plaintiffs,    *      07-CV-10998 (WHP)
    *
      -against -    *
    *
FEDERATED MECHANICAL    *
CONTRACTING CORP.,    *
                  Defendant.    *
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

          PLEASE TAKE NOTICE that Amie Ravitz Hogan, an attorney with Friedman &

Wolf, with offices located at 1500 Broadway, Suite 2300, New York, New York 10036, hereby

appears in the above-captioned proceeding as the attorney for Plaintiffs, and requests that all

notices and papers issued or required to be issued in this case and all papers served or required to

be served in this case be issued to and served upon the undersigned at the following address.


Dated:       April 7, 2008
            New York, New York


                         FRIEDMAN & WOLF

            By:     ___/S/_____
                  Amie Ravitz Hogan (AR-5095)
                  1500 Broadway, Suite 2300
                  New York, New York 10036
                  (212) 354-4500

                  Attorneys for Plaintiffs