

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

**FRIEDMAN & WOLF**
ATTORNEYS AT LAW
1500 BROADWAY
NEW YORK, NEW YORK 10036
(212) 354-4500

Fax: (212) 719-9072
www.friedmanwolf.com

EUGENE S. FRIEDMAN
WILLIAM K. WOLF
MICHAEL BAUMAN
WILLIAM ANSPACH

ABIGAIL R. LEVY
NATHAN V. BISHOP
AMIE RAVITZ HOGAN
ERINN WEEKS WALDNER
ELISE S. FELDMAN
JAE W. CHUN
ANUSHA RASALINGAM

RECEIVED APR 0 2 2008 CHAMBERS OF WILLIAM H. PAULEY III U.S.D.J.

April 1, 2008

The Honorable William H. Pauley, III, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    La Barbera, et al. v. Federated Mechanical
                  Contracting Corp. 07-CV-10998 (WHP)

Dear Judge Pauley:

       This office is counsel to the Trustees of the Local 282 Benefit Funds (the "Trustees"), Plaintiffs in the above-referenced matter. By letter dated March 5, 2008, we requested that the initial conference in this case be adjourned because a principal of the Defendant indicated his willingness to provide his company's books and records to the Trustees' auditors.

       On March 6, 2008, I spoke with chambers who advised me that the adjournment had been granted and would be rescheduled at a later date. Unfortunately, it appears that we did not receive the electronic notice scheduling the conference for today, April 1, 2008, because the attorney originally assigned to the case has left the firm and my name and email have not been substituted. I regret any inconvenience this caused the Court, and am working to remedy the omission.

       I note that an audit of the Defendant's books and records is scheduled to commence on Friday, April 4, 2008. Once the audit is complete, Plaintiffs will seek payment of any amount found due and owing by the Defendant, who remain in default in this case.

       Accordingly, we respectfully request that the initial conference in this case be scheduled for approximately four weeks from the date of this letter.

*Application Granted. The initial pre-trial conference is adjourned to May 9, 2008 at 2:00 p.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/14/08

Author: ARH   Doc Number: 80152

FRIEDMAN & WOLF

The Hon. William H. Pauley, III, U.S.D.J.
April 1, 2008
Page 2

       Thank you for your consideration. Please contact the undersigned should you require any additional information.

                                  Respectfully submitted,

                                  Amie Ravitz Hogan (AR-5095)

cc:    Federated Mechanical Contracting Corp.

Author: ARH   Doc Number:80152