UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GARY LA BARBERA, THOMAS GESUALDI,
LOUIS BISIGNANO, ANTHONY PIROZZI,
FRANK FINKEL, JOSEPH FERRARA,
MARC HERBST, and THOMAS PIALI,
as Trustees and Fiduciaries of the
Local 282 Welfare, Pension, Annuity and
Job Training Trust Funds,
                Plaintiffs,         07-CV-10998 (WHP) (GWG)

    -against -

FEDERATED MECHANICAL
CONTRACTING CORP.,
                Defendant.
----------------------------------------------------------------X

      I, AMIE RAVITZ HOGAN, an attorney duly admitted to practice in the courts of the State of New York and in the federal district courts of the Southern and Eastern Districts of the State of New York, do hereby certify, under penalty of perjury, that I notified the Defendant Federated Mechanical Contracting Corp. of the Scheduling and Initial Conference scheduled to take place on May 9, 2008, at 2:00 PM by letter dated April 21, 2008 and sent via first class mail and certified mail, return receipt requested to the following:

                Bruce Kelley
      Federated Mechanical Contracting Corp.
             P.O. Box 740080
            Bronx, N.Y. 10474

Dated: New York, New York
       April 21, 2008

                FRIEDMAN & WOLF
        By:          /S/
                Amie Ravitz Hogan (AR-5095)
                1500 Broadway, Suite 2300
                New York, New York 10036
                (212) 354-4500
                Attorneys for Plaintiffs