## United States District Court - Southern District of New York

---

| | |
|---|---|
| LA BARBERA, ET AL. | ) Index No.: 07-cv-10998 |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| FEDERATED MECHANICAL CONTRACTING CORP. | ) |
| | ) |
| Defendant | ) |

---

STATE OF New York: COUNTY OF New York     ss:

I, MARVIN COHEN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.   That on JULY 17, 2008 at 3:30 PM at 1177 GRINNELL PLACE, BRONX, NY 10474, deponent served the within AMENDED SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT on FEDERATED MECHANICAL CONTRACTING CORP. therein named.

**CORPORATION/BUSINESS:**  by delivering thereat a true copy of each to LIZ ORTIZ personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Male     Race/Skin: White     Hair: Brown     Glasses: Yes     Age: 30     Height: 5'2"     Weight: 110

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Federated Mechanical Contracting Corp.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Marvin Cohen, Lic. #0867318
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this 24th day of July, 2008.
My Commission Expires: 3/28/09

Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified In New York County
Commission Expires March 28, 2009